DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Dye v. Dye<br><br>Case below:<br>357 N.C. 458 | No. 180P03 | 1. Def's Motion to Reconsider Notice of Writ of Habeas Corpus and to Dismiss Fraudulent Child Support Charges and Case in its Entirety Due to Extortion and Blackmail (COA98-1324) | 1. Dismissed |
| | | 2. Def's Motion to Reconsider Notice for PWC for Discretionary Review | 2. Dismissed |
| | | 3. Def's Motion to Remove Judges William L. Daisy and Joseph E. Turner, Jr. | 3. Dismissed |
| | | 4. Def's Motion for Judges Daisy and Turner to Pay Restitution | 4. Dismissed |
| Evans v. Anderson<br><br>Case below:<br>159 N.C. App. 465 | No. 487P03 | Plts' PDR Under N.C.G.S. § 7A-31 (COA02-1107) | Denied |
| Farm Bureau Ins. Co. of N.C., Inc. v. Blong<br><br>Case below:<br>159 N.C. App. 365 | No. 445P03 | Defs' PDR Under N.C.G.S. § 7A-31 (COA02-651) | Denied |
| Haizlip v. MFI of S.C., Inc.<br><br>Case below:<br>159 N.C. App. 466 | No. 513P03 | Def's (Stephen K. Miller) PDR Under N.C.G.S. § 7A-31 (COA02-1027) | Denied |
| Hodgin v. Hodgin<br><br>Case below:<br>159 N.C. App. 635 | No. 474P03 | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-1007) | Denied |
| Hunt v. N.C. State Univ.<br><br>Case below:<br>159 N.C. App. 111 | No. 430A03 | Plt's and Def's Motion to Dismiss Appeal (COA02-842) | Allowed |
| Jeffrey R. Kennedy, D.D.S., P.A. v. Kennedy<br><br>Case below:<br>160 N.C. App. 1 | No. 500A03 | Plt's Motion for Temporary Stay of Appellate Proceedings (COA02-1198) | Allowed for fifteen days |